No. 1169. MASSMAN CONSTRUCTION Co. *v.* UNITED STATES. May 28, 1945. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Phil D. Morelock and Temple W. Seay* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Shea, Messrs. Paul A. Sweeney* and *Jerome H. Simonds* for the United States.

No. 1172. LAUGHLIN *v.* CHIEF JUSTICE AND ASSOCIATE JUSTICES OF THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF COLUMBIA. May 28, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. James J. Laughlin* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondents.

No. 1175. UNION PACIFIC RAILROAD Co. *v.* LEET, ADMINISTRATRIX. May 28, 1945. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Malcolm Davis* and *Thomas W. Bockes* for petitioner. *Messrs. George M. Naus* and *Clifton Hildebrand* for respondent.

No. 1176. UNION PACIFIC RAILROAD Co. *v.* LEET, ADMINISTRATRIX. May 28, 1945. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Malcolm Davis* and *Thomas W. Bockes* for petitioner. *Messrs. George M. Naus* and *Clifton Hildebrand* for respondent.